UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 13-CR-69

JAMES MERENESS,

    Defendant.

## ORDER TO SUPPLEMENT THE RECORD

Counsel for Defendant James Mereness has filed a Motion to Modify Conditions of Supervised Release. Specifically, counsel asks that the restitution payment by the defendant be reduced to $400.00 per month. Currently, his entire SSI benefit is being withheld by the Social Security Administration.

Counsel's request appears reasonable, assuming Mereness has no other source of income. I presume that, if he did have another source of income, Mereness would not be eligible for SSI benefits. The motion does, however, state that Mereness is receiving a pension from his previous employer, although no amount is disclosed. The motion is also silent as to Mr. Mereness' expenses. Absent this information, the Court is unable to approve the request. If defendant wishes to provide a financial affidavit within the next ten days indicating his total income, including his pension and any cash income he earns or receives, an itemized list of his expenses, and whether anyone else lives with him or contributes to the living expenses, this Court will reconsider the request.

**SO ORDERED** this __7th__ day of November, 2014.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court